**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **FREDERICK D. HARRIS,** | ) | **CASE NO.1:10CV2646** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **vs.** | ) | |
| | ) | **O R D E R** |
| **SUZ ANDERSON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

  This Court has reviewed the Report and Recommendation (Doc.# 6 ) of Magistrate Judge Kenneth S. McHargh regarding Plaintiff's failure to perfect service. Plaintiff was ordered to show cause on March 22, 2011, why the case should not be dismissed.

  FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen (14) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

  Therefore, the Court adopts in full the Report and Recommendation (Doc.# 6 ) and Plaintiff's Complaint is dismissed without prejudice for failure to perfect service upon defendant in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: 5/23/2011

                                              *S/Christopher A. Boyko*
                                              CHRISTOPHER A. BOYKO
                                              UNITED STATES DISTRICT JUDGE